**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-6099**

OLANDIO RAY WORKMAN,

              Plaintiff - Appellant,

        v.

SHERIFF LEWIS; ROBERT JOSEPH PERRY; MAYOR KNOX WHITE; J. U.
KALU, 500504,

              Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at
Greenville.  Henry M. Herlong, Jr., Senior District Judge.  (6:17-cv-02388-RBH)

Submitted:  May 24, 2018                                Decided:  May 30, 2018

Before NIEMEYER, MOTZ, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Olandio Ray Workman, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Olandio Ray Workman appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Workman v. Lewis*, No. 6:17-cv-02388-RBH (D.S.C. Dec. 4, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*